*E-FILED - 7/23/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD AUSTIN, | ) | No. C 06-4088 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | ) ) ) | |
| A.P. KANE, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No. 20) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 31, 2008, the court ordered respondent to file an answer to the petition and noted that petitioner may submit a traverse within thirty days after the answer was filed. Respondent filed an answer on May 19, 2008. Petitioner has filed a motion for an extension of time. Good cause appearing, petitioner's motion (docket no. 20) is GRANTED. Petitioner shall file a traverse **within thirty (30) days** from the date this order is filed.

IT IS SO ORDERED.

DATED: 7/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Motion for Extension of Time to File Traverse
P:\pro-se\sj.rmw\hc.06\Austin088.ext

1