***E-FILED - 4/15/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD AUSTIN, | ) | No. C 06-4088 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| A.P. KANE, Warden, | ) ) | |
| Respondent. | ) ) | |

The court has denied the petition for a writ of habeas corpus. Therefore, judgment is entered against petitioner and in favor of respondent. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/14/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge